UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH RAY,<br><br>    Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY, a corporation,<br><br>    Defendant. | NO.  CV-07-5002-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Stipulation and Order of Dismissal with Prejudice (Ct. Rec. 11).  The motion was heard without oral argument.  The parties ask that all claims against all parties be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal with Prejudice (Ct. Rec. 11) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 3rd day of January, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Ray\stip.dismiss.ord.wpd

ORDER GRANTING STIPULATION OF DISMISSAL  * 1